# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2018AP2319-CR |

| | |
|---|---|
| COMPLETE TITLE: | State of Wisconsin,<br>      Plaintiff-Respondent-Petitioner,<br>  v.<br>Manuel Garcia,<br>      Defendant-Appellant. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 394 Wis. 2d 743,951 N.W.2d 631
PDC No:2020 WI App 71 - Published

| | |
|---|---|
| OPINION FILED: | September 24, 2021 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | September 13, 2021 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
| COURT: | Circuit |
| COUNTY: | Racine |
| JUDGE: | Michael J. Piontek |

| | |
|---|---|
| JUSTICES: | |
| Per Curiam. | |
| NOT PARTICIPATING: | |
| HAGEDORN, J. | |

ATTORNEYS:

For the plaintiff-respondent-petitioner, there were briefs filed by *John A. Blimling*, assistant attorney general; with whom on the brief was *Joshua L. Kaul*, attorney general. There was an oral argument by *John A. Blimling*.

For the defendant-appellant, there was a brief filed by *Emma Jewell, Sean O'Donnell Bosack,* and *Godfrey & Kahn, S.C.*, Milwaukee. There was an oral argument by *Emma Jewell*.

An amicus curiae brief was filed on behalf of the Wisconsin State Public Defender by *Katie R. York*, assistant state public defender.

NOTICE

This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.

No. 2018AP2319-CR
(L.C. No. 2010CF365)

STATE OF WISCONSIN        :        IN SUPREME COURT

State of Wisconsin,

      Plaintiff-Respondent-Petitioner,

  v.

Manuel Garcia,

      Defendant-Appellant.

**FILED**

**SEP 24, 2021**

Sheila T. Reiff
Clerk of Supreme Court

---

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1    PER CURIAM.  The court of appeals' decision is affirmed by an equally divided court.

¶2    BRIAN HAGEDORN, J., withdrew from participation.